IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL Docket No. 875<br>E.D. PA No. |
| This Case Relates to: | ) ) | |
| IN THE MATTER OF THE ESTATE OF GARLAND A. DERDEN, SR., BY TERRY L. DERDEN, EXECUTOR OF HIS ESTATE, ET AL | ) ) ) ) ) | NO. PB-C-91-542 |
| Plaintiff | ) ) | |
| v. | ) ) | |
| ABLE WIRE CO., ET AL | ) ) | |
| Defendant. | ) ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon motion of the plaintiff, his cause of action is hereby dismissed without prejudice as to the defendants

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 27, 2009

PREPARED BY:

/s/ Edward O. Moody
Edward O. Moody
EDWARD O. MOODY, P.A.

801 West Fourth Street
Little Rock, Arkansas 72201
ARK. BAR ID. NO. 78116
Attorney for Plaintiff